BUTLER COUNTY BAR ASSOCIATION *v.* BARR.

[Cite as *Butler Cty. Bar Assn. v. Barr* (1992), 64 Ohio St.3d 20.]

(No. 91–2162—Submitted December 4, 1991—Decided June 17, 1992.)

Jack F. Grove and Gregory K. Pratt, for relator.
Theodore Repper, Jr. and Noah E. Powers II, for respondent.

*Per Curiam.* We agree that respondent committed the disciplinary violations found by the board and concur in the board's recommendation that respondent be suspended from the practice of law for six months. The suspension is hereby stayed pending his completion of probation for one year supervised by relator under Gov.Bar.R. V(23). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.